IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MICHAEL MAHONE, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>F/N/U MANNING, et al., )<br>)<br>    Defendants. ) | No. 2:20-cv-2493-JTF-atc |

**ORDER DISIMISSING CASE,
CERTIFYING AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH,
AND NOTIFYING PLAINTIFF OF APPELLATE FILING FEE**

On May 20, 2021, the Court entered an order: (1) dismissing the 225-page *pro se* complaint filed by Plaintiff Michael Mahone under 42 U.S.C. § 1983 (ECF No. 12); and (2) granting Plaintiff leave to amend his claims within twenty-one days.  The Court warned Plaintiff that his failure to comply with that Order in a timely manner would result in a dismissal of this action and entry of judgment.  (*Id*. at PageID 376.)

Plaintiff's deadline to comply has expired and he has not applied for an extension to do so.

For this reason, the Court **DISMISSES** this case with prejudice in its entirety for the reasons discussed in the Court's May 20, 2021 Order.  Judgment will be entered in accordance with that prior Order.

Pursuant to Federal Rule of Appellate Procedure 24(a) and 28 U.S.C. § 1915(a)(3), it is **CERTIFIED** that any appeal in this matter by Plaintiff would not be taken in good faith.  If Plaintiff nevertheless chooses to file a notice of appeal, he must either pay the entire $505 appellate filing fee or submit a new *in forma pauperis* affidavit and a current, certified copy of his inmate

trust account statement for the last six months, in compliance with 28 U.S.C. §§ 1915(a)-(b).

**SO ORDERED**, this 17th day of June, 2021.

                                            *s/ John T. Fowlkes*
                                            JOHN T. FOWLKES
                                            UNITED STATES DISTRICT JUDGE