IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MICHAEL MAHONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:20-cv-02493-JTF-atc |
| | ) |
| v. | ) |
| | ) |
| F/N/U MANNING, ET AL., | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT**

On Decision by Court.  This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed With Prejudice in accordance with the Order Denying Motion For Relief From Judgment, which was entered on October 25, 2022.

**IT IS SO ORDERED**, this 25th day of October, 2022.

APPROVED:

 *s/ John T. Fowlkes, Jr.*  
JOHN T. FOWLKES  
UNITED STATES DISTRICT JUDGE

October 25, 2022  
DATE

THOMAS M. GOULD  
CLERK

 *s/ Kristen Polovoy*  
(BY) KRISTEN POLOVOY  
STAFF LAW CLERK